IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 03-12872 (JLP) |
| NORTHWESTERN CORPORATION,<br><br>Plaintiff,<br>v.<br><br>MAGTEN ASSET MANAGEMENT CORPORATION, and TALTON R. EMBRY<br><br>Defendants. | Adv. No. 04-55051 (JLP) |

## NOTICE OF APPEAL

***PLEASE TAKE NOTICE*** that Magten Asset Management Corporation and Talton R. Embry, by and through their undersigned counsel, hereby appeal to the United States District Court for the District of Delaware from the Order With Respect to Motion of Magten Asset Management Corporation and Talton R. Embry Pursuant to Rule 7041(a) of the Federal Rules of Bankruptcy Procedure for the Payment of Fees and Expenses Incurred (the *"Order"*), which was entered by United States Bankruptcy Judge John L. Peterson on June 6, 2005 [Docket No. 126]. Copies of the Order appealed from and the Memorandum Opinion With Respect to Motion of Magten Asset Management Corporation and Talton R. Embry Pursuant to Rule 7041(a) of the Federal Rules of Bankruptcy Procedure for the Payment of Fees and Expenses Incurred, are attached hereto as Exhibits "A" and "B", respectively.

120087.01600/40154481v1

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Parties** | **Attorneys** | |
|---|---|---|
| Magten Asset Management Corporation and Talton R. Embry | Mark J. Packel, Esq.<br>Elio Battista, Jr., Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone:  (302) 425-6400 | Bonnie Steingart, Esq.<br>Gary L. Kaplan, Esq.<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Telephone: (212) 859-8000 |
| NorthWestern Corporation | Scott D. Cousins, Esq.<br>William E. Chipman, Jr., Esq.<br>Greenberg Traurig, LLP<br>The Brandywine Building<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801<br>Telephone:  (302) 661-7000 | Jesse H. Austin, III, Esq.<br>Karol K. Denniston, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, Suite 2400<br>Atlanta, GA 30308<br>Telephone:  (404) 815-2400 |

Dated:  June 13, 2005

**BLANK ROME LLP**

_/s/ E. Battista_

Mark J. Packel (DE No. 4048)
Elio Battista, Jr. (DE No. 3814)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464

-and-

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Bonnie Steingart
Gary L. Kaplan
One New York Plaza
New York, NY 10004
Telephone:   (212) 859-8000
Facsimile:    (212) 859-4000

Counsel for Magten Asset Management Corporation and Talton R. Embry

-2-