# TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Adversary Case #:** 04-55051-(JLP)
**Related Bankruptcy Case #:** 03-12872-(JLP)

**Deputy Clerk Transferring Case:** Sandra Jackson

**Case Type:** Adversary

**Nature of Suit:** 457 (Subordinate Claim/Interest)

**Cause of Appeal:** Opinion With Respect To Motion Of Magten Asset Management Corporation And Talton R. Embry Pursuant To Rule 7041(A) Of The Federal Rules Of Bankruptcy Procedure For The Payment Of Fees And Expenses Incurred. **Order Signed On 06/06/2005 Denying Motion**

Order With Respect To Motion Of Magten Asset Management Corporation And Talton R. Embry Pursuant To Rule 7041(A) Of The Federal Rules Of Bankruptcy Procedure For The Payment Of Fees And Expenses Incurred. Order Signed On **06/06/2005-Order Denying Motion**

**Parties:** Northwestern Corporation v. Magten Asset Management Corporation, et. al.

**Appellant Counsel:**

**Dennis A. Meloro**
Greenberg Traurig
1000 West Street
Suite 1540
Wilmington, DE 19801
302-661-7000
Fax : 302-661-7360
Email: bankruptcydel@gtlaw.com

**Scott D. Cousins**
Greenberg Traurig LLP
Brandywine Bldg
1000 West St.
Suite 1540
Wilmington, DE 19801
usa
302 661-7000
Fax : 302-661-7360
Email: bankruptcydel@gtlaw.com

**William E. Chipman, Jr.**
Greenberg Traurig, LLP

|  |  |
|---|---|
|  | 1000 West Street<br>Suite 1540<br>Wilmington, DE 19801<br>302-661-7000<br>Fax : 302-661-7360<br>Email: bankruptcydel@gtlaw.com<br>*LEAD ATTORNEY* |
| **Appellee's Counsel:** | **Bonnie Steingart**<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>212-859-8000<br>Fax : 212-859-4000<br>Email: christopher.caruso@ffhsj.com<br><br>**Elio Battista, Jr.**<br>Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br>Fax : (302) 425-6464<br>Email: battista@blankrome.com |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: **July 29, 205**

To: Peter Dalleo, Clerk
U. S. District Court
District of Delaware
U. S. Courthouse - 844 King Street
Wilmington DE 19801

Re: **Northwestern Corporation v. Magten Asset Management Corporation, et. al.**

**Adv. Case # 04-55051 (JLP)**
**AP#-05-45**
**Bankruptcy Case #03-12872 (JLP)**

Enclosed please find the bankruptcy Record on Appeal for AP#05-45 appealing Order Denying Defendants' Motion for the Payment of Fees and Expenses Incurred. Order signed on 6/6/05

Please acknowledge receipt on the copy provided.

Sincerely,

By: _/s/ Sandra Sackum_
Deputy Clerk

David Bird, Clerk

__X__  Filing fee paid on June 14, 2005

_____  Filing fee not paid

I hereby acknowledge receipt of the above Record on Appeal this _____ day of _____, 2005.

By:_____
Deputy Clerk, U.S. District Court