IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**4

IN RE: NorthWestern Corp.

_____

|  |  |  |
|---|---|---|
| Magten Asset Management Corp. and Talton R. Embry | ) ) ) | |
| Appellants | ) ) | Civil Action No.   05-548 |
| v. | ) ) | |
| NorthWestern Corp. | ) ) | |
| Appellee | ) | Bankruptcy Case No. 03-12872 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 6/6/05 was docketed in the District Court on 8/2/05:

    Opinion with Respect to Motion of Appellants' pursuant to rule 7041 (A) of
    the FRBP for the Payment of Fees and Expenses Incurred

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply.  **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief**.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                    Peter T. Dalleo
                                                    Clerk of Court

Date:   August 2, 2005

To:    U.S. Bankruptcy Court
         Counsel