IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
IN RE:                           :
                                 : Chapter 11
NORTHWESTERN CORP.,              :
                                 : Bankruptcy No. 03-12872 (JLP)
         Debtor.                 :
_____ : _____
                                 :
MAGTEN ASSET MANAGEMENT CORP.,   :
et al.,                          :
                                 :
         Appellants,             :
                                 :
    v.                           : Civil Action No. 05-548-JJF
                                 :
NORTHWESTERN CORP.,              :
                                 :
         Appellee.               :
```

## ORDER APPOINTING SPECIAL MASTER/MEDIATOR

WHEREAS, it has been determined that, in order to more efficiently and expeditiously administer justice and assist the parties to amicably resolve the disputes which are the subject of appeal before this Court, it is appropriate and necessary to appoint a Special Master/Mediator to conduct the mandatory mediation of the above-captioned appeal;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  Louis C. Bechtle, Esquire is appointed as Special Master/Mediator to facilitate settlement or otherwise assist in the expeditious handling of the above-captioned appeal in accordance with the Court's Standing Order dated July 23, 2004 regarding the procedures governing mediation of appeals from the United States Bankruptcy Court;

2.  The Clerk of Court shall provide the Special Master/Mediator with a copy of the judgment or order on appeal,

any opinion or memorandum issued by the Bankruptcy Court, any
relevant motions, and all statements by the parties of the issues
to be presented on appeal.


August 25, 2005
_____
DATE

_____
UNITED STATES DISTRICT JUDGE