IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : Case No. 03-12872 (JLP) |
| Reorganized Debtor. | : |
| | : |
| MAGTEN ASSET MANAGEMENT CORP. | : |
| and TALTON R. EMBRY, | : |
| | : |
| Appellants, | : |
| | : |
| v. | : Civil Action No. 05-548-JJF |
| | : |
| NORTHWESTERN CORPORATION, | : |
| | : |
| Appellee. | : |

**O R D E R**

WHEREAS, according to the April 4, 2006 Status Letter (D.I. 17) submitted by the Debtor, the parties intend to submit an agreed upon briefing schedule of the above-captioned appeal, to the extent that the appeal is not rendered moot by the Court's decisions in Civil Action No. 04-1389 ("Consolidated Appeals of Confirmation Order and MOU") and Civil Action No. 05-209 (the "9010 Appeal");

WHEREAS, on September 29, 2006, the Court adjudicated the Consolidated Appeals of the Confirmation Order and MOU and the 9019 Appeal;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    The parties to the above-captioned appeal shall provide the Court with the status of this action no later than **Friday, October 20, 2006.**

2.    If this appeal is not withdrawn or dismissed as moot and briefing is required, the parties' status letter shall include a stipulated proposed briefing schedule.

October 5, 2006
Date

UNITED STATES DISTRICT JUDGE