IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re:                                                            :   Chapter 11

NORTHWESTERN CORPORATION.                                         :   Case Nos. 03-12872 (JLP)

    Reorganized Debtor.                                           :
------------------------------------------------------------------x
MAGTEN ASSET MANAGEMENT CORP. and                                 :
TALTON R. EMBRY,
                                                                  :
                  Appellants,
                                                                  :   Civil Action No. 05-548 (JJF)
                  -v-
                                                                  :
NORTHWESTERN CORPORATION,
                                                                  :
                  Appellee.
                                                                  :
------------------------------------------------------------------x

### STIPULATION AND PROPOSED ORDER

       WHEREAS, the Court issued an Order on October 5, 2006, which provided that the parties to the above-captioned appeal (the "Appeal") shall provide the Court with the status of this action no later then Friday, October 20, 2006 and, if this appeal is not withdrawn or dismissed as moot and briefing is required, the parties' status letter shall include a stipulated proposed briefing schedule;

       WHEREAS, the parties have provided the Court with the status of the Appeal in accordance with the Court's October 5, 2006 order;

       WHEREAS, the parties have agreed upon the briefing schedule set forth herein;

NOW THEREFORE, IT IS HEREBY STIPULATED AND ORDERED, that the parties shall adhere to the following agreed-upon briefing schedule:

Appellant's Opening Brief on appeal shall be filed on or before December 21, 2006.

Appellee's Answering Brief on appeal shall be filed on or before February 16, 2007.

Appellant's Reply Brief on appeal shall be filed on or before March 16, 2007.

Dated: Wilmington, Delaware
October 20, 2006

SO STIPULATED, By:

| BLANK ROME LLP | GREENBERG TRAURIG LLP |
|---|---|
| /s/ Dale R. Dubé<br>Dale R. Dubé (I.D. No. 2863)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Phone: (302) 425-6400<br>Fax: (302) 425-6464 | /s/ Dennis A. Meloro<br>Victoria Counihan (I.D. No. 3488)<br>Dennis A. Meloro (I.D. No. 4435)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>Phone: (302) 661-7000<br>Fax: (302) 661-7360 |
| -and- | -and- |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>Bonnie Steingart<br>Gary Kaplan<br>One New York Plaza<br>New York, NY 10004-1980<br>Phone: (212) 859-8000<br>Fax: (212) 859-4000<br><br>*Attorneys for Appellants Magten Asset Management Corporation and Talton R. Embry* | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>Jesse H. Austin III<br>600 Peachtree Street N.E., 24th Floor<br>Atlanta, GA 30308<br>Phone: (404) 815-2400<br>Fax: (404) 815-2424<br><br>*Attorneys for Appellee NorthWestern Corporation* |

120087.01600/40165210v.1

SO ORDERED this _23_ day of _October_, 2006.

_____
HON. JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE