**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NORTHWESTERN CORPORATION, | : | Case No. 03-12872 (KJC) |
| Debtor. | : | |
| MAGTEN ASSET MANAGEMENT CORPORATION AND TALTON R. EMBRY, | : | Adv. Pro. No. 04-55051 (KJC) |
| Appellants, | : | |
| v. | : | |
| NORTHWESTERN CORPORATION, | : | Civil Action No. 05-00548 (JJF) |
| Appellee. | : | |

**COMPENDIUM OF UNREPORTED DECISIONS CITED IN APPELLEE NORTHWESTERN CORPORATION'S ANSWERING BRIEF**

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
101 Park Avenue
New York, NY 10178
(212) 696-6000 (telephone)
(212) 697-1559 (fax)

**GREENBERG TRAURIG, LLP**
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000 (telephone)
(302) 661-7360 (fax)

Counsel for Appellee
NorthWestern Corporation

Dated: February 16, 2007

1. Bell Atl. Corp. Sec. Litig., 1997 U.S. Dist. LEXIS 4938 (E.D. Pa. Apr. 16, 1997)

2. In re Federated Dep't Stores, Inc., 1991 Bankr. LEXIS 288 (Bankr. S.D. Ohio Mar. 7, 1991)

3. In re Northwestern Corp., 2005 Bankr. LEXIS 367 (Bankr. D. Del. Mar. 10, 2005)

4. Kastar, Inc. v. K Mart Enterprises, Inc., 1976 U.S. Dist. LEXIS 14839 (E.D.N.Y. May 19, 1976)

5. Rousseau v. Echosphere Corp., 2005 U.S. Dist. LEXIS 22587 (W.D. Pa. Aug. 30, 2005)