UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | | |
| NORTHWESTERN CORPORATION, | : | Case No. 03-12872 (KJC) |
| | | |
| Debtor. | : | |

------------------------------------------------- x

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION AND TALTON R. EMBRY, | : | Adv. Pro. No. 04-55051 (KJC) |
| | : | |
| Appellants, | | |
| v. | : | |
| NORTHWESTERN CORPORATION, | : | Civil Action No. 05-00548 (JJF) |
| Appellee. | : | |

------------------------------------------------- x

## APPENDIX OF EXHIBITS IN SUPPORT OF APPELLEE NORTHWESTERN CORPORATION'S ANSWERING BRIEF

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
101 Park Avenue
New York, NY 10178
(212) 696-6000 (telephone)
(212) 697-1559 (fax)

**GREENBERG TRAURIG, LLP**
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000 (telephone)
(302) 661-7360 (fax)

Counsel for Appellee
NorthWestern Corporation

Dated: February 16, 2007

## TABLE OF CONTENTS

| Exhibit Description | Ex No. |
|---|---|
| Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting Securities Trading Upon Establishment of an Ethical Wall | 1 |
| Order Permitting Securities Trading Upon Establishment of Ethical Wall | 2 |
| Northwestern Corporation v. Magten Asset Management Corporation and Talton R. Embry Adversary Proceding Complaint and Cover Sheet | 3 |
| Motion of Magten Asset Management and Talton R. Embry to Dismiss the Complaint of Northwestern Corporation for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Federal Rule of Civil Procedure 12(b)(6) | 4 |
| Declaration of Talton R. Embry in Support of the Motion of Magten Asset Management and Talton R. Embry to Dismiss the Complaint of Northwestern Corporation for Failure to State a Claim Upon Which Relief Can Be Granted | 5 |
| Order Denying Defendants' Motion to Dismiss Adversary Proceeding | 6 |
| Transcript of Proceedings held on January 7, 2005 before the Hon. John L. Peterson | 7 |
| Joint Motion to Approve Settlement Between Northwestern Corporation, Magten Asset Management Corporation and Law Debenture Trust Company of New York | 8 |
| Joint Motion (I) For Order Allowing the Debtor to Dismiss Its Complaint Against Magten Asset Management Corporation and Talton R. Embry, with Prejudice, Pursuant to Rule 7041(a) of the Federal Rules of Bankruptcy Procedure and Rule 41(a) of the Federal Rules of Civil Procedure, and (II) For Leave to Amend Answer and Affirmative Defenses and to Withdraw Counterclaims to first Amended Complaint to Avoid the Transfer of Assets of Clark Fork and Blackfoot LLC | 9 |
| Limited Objection of Magten Asset Management Corporation and Talton R. Embry to the Joint Motion (I) For Order Allowing the Debtor to Dismiss Its Complaint Against Magten Asset Management Corporation and Talton R. Embry, with Prejudice, Pursuant to Rule 7041(a) of the Federal Rules of Bankruptcy Procedure and Rule 41(a) of the Federal Rules of Civil Procedure, and (II) For Leave to Amend Answer and Affirmative Defenses and to Withdraw Counterclaims to first Amended Complaint to Avoid the Transfer of Assets of Clark Fork and Blackfoot LLC | 10 |
| Order Allowing the Debtor to Dismiss Its Complaint Against Magten Asset Management Corporation and Talton R. Embry, with Prejudice, Pursuant to Rule 7041(a) of the Federal Rules of Bankrutpcy Procedure and Rule 41(a) of the Federal Rules of Civil Procedure | 11 |
| Order Denying Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York | 12 |
| Motion of Magten Asset Management and Talton R. Embry Pursuant to Rule 7041(a) of the Federal Rules of Bankrutpcy Procedure for the Payment of Fees and Expenses Incurred | 13 |
| Declaration of Gary L. Kaplan in Support of Motion of Magten Asset Management and Talton R. Embry Pursuant to Rule 7041(a) of the Federal Rules of Bankrutpcy Procedure for the Payment of Fees and Expenses Incurred | 14 |
| Northwestern Corporation's Objection to the Motion of Magten Asset Management and Talton R. Embry Pursuant to Rule 7041(a) of the Federal Rules of Bankrutpcy Procedure for the Payment of Fees and Expenses Incurred | 15 |
| Transcript of Proceedings held on May 3, 2005 before the Hon. John L. Peterson | 16 |
| Order With Respect to Motion of Magten Asset Management and Talton R. Embry Pursuant to Rule 7041(a) of the Federal Rules of Bankrutpcy Procedure for the Payment of Fees and Expenses Incurred | 17 |
| Memorandum Opinion With Respect to Motion of Magten Asset Management and Talton R. Embry Pursuant to Rule 7041(a) of the Federal Rules of Bankrutpcy Procedure for the Payment of Fees and Expenses Incurred | 18 |

Appendix of Embry Exhibits Cited in Northwestern Brief (2).XLS