# EXHIBIT 17

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NORTHWESTERN CORPORATION,**<br><br>Debtor.<br><br>---<br><br>**NORTHWESTERN CORPORATION,**<br><br>Plaintiff,<br><br>-vs-<br><br>**MAGTEN ASSET MANAGEMENT CORPORATION, and TALTON R. EMBRY,**<br><br>Defendants. | Chapter 11<br><br>Case Nos. 03-12872 (JLP)<br><br><br><br><br><br>Adv. No. 04-55051 (JLP) |

**ORDER WITH RESPECT TO MOTION OF MAGTEN ASSET MANAGEMENT CORPORATION AND TALTON R. EMBRY PURSUANT TO RULE 7041(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR THE PAYMENT OF FEES AND EXPENSES INCURRED**

For the reasons set forth in the Court's Memorandum Opinion of this date,

IT IS ORDERED that the Motion of Magten Asset Management Corporation and Talton R. Embry Pursuant to Rule 7041(a) of the Federal Rules of Bankruptcy Procedure for the Payment of Fees and Expenses Incurred [Docket No. 97] is denied in toto.

DATED this 6th day of June, 2005.

BY THE COURT

*/s/ John L. Peterson*
HON. JOHN L. PETERSON
United States Bankruptcy Judge