UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------ x | | Chapter 11 |
| In re: | : | |
| | | Case No. 03-12872 |
| NORTHWESTERN CORPORATION, | : | (KJC) |
| Debtor. | : | |
| ------------------------------------------ x | | |
| | | Adv. Pro. No. |
| MAGTEN ASSET MANAGEMENT CORPORATION AND TALTON R. EMBRY, | : | 04-55051 (KJC) |
| | : | |
| Appellants, | | |
| v. | : | |
| | | Civil Action No. |
| NORTHWESTERN CORPORATION, | : | 05-00548 (JJF) |
| Appellee. | : | |
| ------------------------------------------ x | | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jacques Semmelman, Esquire, of Curtis, Mallet-Prevost, Colt & Mosle LLP, to represent NorthWestern Corporation in the above-referenced case.

Dated: February 22, 2007

GREENBERG TRAURIG, LLP

_____
Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

Attorneys for NorthWestern Corporation

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Jacques Semmelman*
Jacques Semmelman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
(212) 696-6000 (telephone)
(212) 697-1559 (fax)

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: February _____, 2007

                                                _____
                                                Joseph J. Farnan
                                                United States District Court Judge