IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (KJC) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| MAGTEN ASSET MANAGEMENT CORP. and TALTON R. EMBRY, | ) ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-548 (JJF) |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | |
| | ) | |
| Appellee. | ) | |

**STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING SCHEDULE**

The parties hereby stipulate and agree, subject to the Court's approval, to extend the briefing deadline for Appellants' reply briefing in the above-captioned appeal, as follows:

1. The deadline for the Appellants to file their Reply Brief is hereby extended from March 16, 2007 to March 30, 2007.

Respectfully submitted,

| **BLANK ROME LLP** | **GREENBERG TRAURIG LLP** |
|---|---|
| /s/ Dale R. Dubé | /s/ Victoria Watson Counihan |
| Dale R. Dubé (I.D. No. 2863) | Victoria Watson Counihan (I.D. No. 3488) |
| Bonnie G. Fatell (I.D. No.3809) | Dennis A. Meloro (I.D. No. 4435) |
| 1201 Market Street | The Nemours Building |
| Suite 800 | 1007 North Orange Street, Suite 1200 |
| (302) 425-6400 | Wilmington, DE 19801 |
| dube@blankrome.com | (302) 661-7000 |
| | counihanv@gtlaw.com |
| Attorneys for Appellants | melorod@gtlaw.com |
| | Attorneys for Appellee |

120087.01600/40167683v.1

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

120087.01600/40167683v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2007, I served by hand delivery and filed electronically the STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING SCHEDULE using CME/CF, which will send notification of such filing to the following:

Denise Seastone Kraft, Esquire
Edwards Angell PALMER &
  DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

David A. Jenkins, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Morris Nichols Arsht
  & Tunnell
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I also certify that, on this 9th day of March, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following non-registered participants:

Jesse H. Austin, III, Esquire
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
600 Peachtree Street, Suite 2400
Atlanta, GA 30308

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY
  & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
DAVIS POLK & WARDWELL
450 Lexington Avenue, Room 3004
New York, NY 10017

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110-1832

| | |
|---|---|
| Bijan Amini, Esquire<br>Avery Samet, Esquire<br>Bradley F. Silverman, Esquire<br>STORCH AMINI & MUNVES PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, New York 10017 | Steven J. Reisman, Esquire<br>Joseph D. Pizzurro, Esquire<br>Nancy E. Delaney, Esquire<br>Miriam K. Harwood, Esquire<br>CURTIS, MALLET-PREVOST,<br>   COLT & MOSLE LLP<br>101 Park Avenue<br>New York, New York 10178-0061 |

_____
Dale R. Dubé (I.D. No. 2863)

2

120087.01600/40167683v.1