

Phone:  (302) 425-6467
Fax:    (302) 425-6464
Email:  dube@blankrome.com

March 9, 2007

**BY CM/ECF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    *Magten Asset Management Corp. and Talton R. Embry, Appellants v. NorthWestern Corporation, Appellee.*; **Appeal No. 05-548-JJF**

Your Honor:

    Enclosed please find a Stipulation and Proposed Order to Extend Briefing Schedule that has been signed on behalf of all parties to the above-referenced appeal. Subject to the Court's approval, the Appellants respectfully request that the deadline to file their reply brief be extended to Friday, March 30, 2007.

    Counsel is available by telephone, should the Court have any questions.

                                  Respectfully submitted,

                                  Dale R. Dubé
                                  I.D. No. 2863

DRD/pb
Enclosure



The Honorable Joseph J. Farnan, Jr.
March 9, 2007
Page 2

cc:    Clerk of Court (via hand delivery)
       Bijan Amini, Esquire (via e-mail and Federal Express)
       Jesse H. Austin, III, Esquire (via e-mail and Federal Express)
       Kimberly A. Beatty, Esquire (via e-mail and Federal Express)
       John W. Brewer, Esquire
       David W. Carickhoff, Esquire
       Brenda E. Cooke, Esquire
       Victoria W. Counihan, Esquire (via e-mail and hand delivery)
       Amanda Darwin, Esquire (via e-mail and Federal Express)
       Robert J. Dehney, Esquire (via e-mail and hand delivery)
       Nancy E. Delaney, Esquire (via e-mail and Federal Express)
       Bonnie G. Fatell, Esquire
       Dennis E. Glazer, Esquire (via e-mail and Federal Express)
       Miriam K. Harwood, Esquire (via e-mail and Federal Express)
       David A. Jenkins, Esquire (via e-mail and hand delivery)
       Stanley T. Kaleczyc, Esquire (via e-mail and Federal Express)
       Gary L. Kaplan, Esquire
       Denise Seastone Kraft, Esquire (via e-mail and hand delivery)
       Dennis A. Meloro, Esquire (via e-mail and hand delivery)
       Curtis S. Miller, Esquire (via e-mail and hand delivery)
       Kathleen M. Miller, Esquire (via e-mail and hand delivery)
       Jordanna L. Nadritch, Esquire
       Joseph D. Pizzurro, Esquire (via e-mail and Federal Express)
       Steven J. Reisman, Esquire (via e-mail and Federal Express)
       Avery Samet, Esquire (via e-mail and Federal Express)
       Bradley F. Silverman, Esquire (via e-mail and Federal Express)
       Lauren Nicole Slusser, Esquire
       John V. Snellings, Esquire (via e-mail and Federal Express)
       Paul Spagnoletti, Esquire (via e-mail and Federal Express)
       Bonnie Steingart, Esquire