IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| NORTHWESTERN CORPORATION, : | |
| : | |
|     Reorganized Debtor. : | Case No. 03-12872 (KJC) |
| : | |
| MAGTEN ASSET MANAGEMENT CORP. : | |
| and TALTON R. EMBRY, : | |
| : | |
|     Appellants, : | |
| : | |
|     v. : | Civil Action No. 05-548-JJF |
| : | |
| NORTHWESTERN CORPORATION, : | |
| : | |
|     Appellee. : | |

**FINAL ORDER**

At Wilmington, this 19th day of June 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the June 6, 2005 Order of the Bankruptcy Court denying Appellants' motion for fees and expenses incurred in connection with the adversary proceeding voluntarily dismissed by NorthWestern is **AFFIRMED**.

                                                UNITED STATES DISTRICT JUDGE